**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/03/2026

CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

*NEW JERSEY OFFICE*
*Casey & Barnett, LLP*
P.O. Box 235
Fanwood, New Jersey 07023

*mfc@caseybarnett.com*
*Direct: 646-362-8919*

April 2, 2026

Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:     *Westfield Specialty v Orient Overseas Container Line etc*
>         26cv0678 (GHW)
>         CB Ref: 600-22

Dear Honorable Judge Woods:

We represent the plaintiff in the referenced matter and write in regard to the Rule 16 Conference scheduled for April 10, 2026.

Defendant refused to execute the Waiver of Service that was sent to them. We had them personally served on March 26, 2026. Thus, their Answer/Appearance is not due until April 26, 2026. We respectfully request that the April 10, 2026 conference be adjourned to a date in May 2026 to give OOCL an opportunity to appoint counsel and appear in the action.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin F. Casey*
Martin F. Casey

Application granted. The conference scheduled for April 10, 2026 is adjourned to May 1, 2026 at 3:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated: April 3, 2026

_____
GREGORY H. WOODS
United States District Judge